another against Louis Liebross. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the testimony showing payment by the defendant to Puksansky was uncontradicted, and should not have been rejected by the court. See, also, 130 N. Y. Supp. 1107.

CIAMPI, Appellant, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by Concetti Ciampi, as administratrix, etc., of Gennaro Ciampi, deceased, against the Long Island Railroad Company.

PER CURIAM. Judgment affirmed, with costs.

WOODWARD, J., dissents.

In re CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. October 27, 1911.) In the matter of the application of the City of New York to acquire certain real estate at Valley Stream, etc., for purposes of water supply. No opinion. Reargument ordered, and case set down for Monday, November 13, 1911. See, also, 140 App. Div. 203, 126 N. Y. Supp. 1124.

In re CITY OF NEW YORK. In re BURKE. (Supreme Court, Appellate Division, First Department. May Term, 1911.) In the matter of the City of New York. In the matter of Luke A. Burke. No opinion. Motion granted; guardian ad litem and referee to be appointed by the court. Settle order on notice. Memorandum per curiam.

In re CITY OF NEW YORK. In re JANSEN et al., Town Assessors. (Supreme Court, Appellate Division, Third Department. September 28, 1911.) In the matter of the application of the City of New York for a writ of certiorari directed to Charles H. Jansen and others, as members of and constituting the board of assessors of the town of Shawangunk, Ulster county, state of New York. No opinion. Motion denied.

CITY OF NEW YORK, Respondent, v. GALLO et al., Appellants. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by the City of New York against Ferdinand Gallo and another. S. Callaghan, for appellants. L. Leale, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Settle order on notice.

LAUGHLIN, J., dissents as to defendant Illinois Surety Company, on the ground that Gallo was acting merely as a blaster.

CLARKE, Appellant, v. ACME BUILDING CO., Respondent. (Supreme Court, Appellate Division, First Department. October 20, 1911.) Action by James K. Clarke against the Acme Building Company. J. H. Hickey, for appellant. W. B. Vause, for respondent. No opinion. Order affirmed, with costs. Order filed. See, also, 143 App. Div. 269, 128 N. Y. Supp. 88.

CLEMENT, Appellant, v. BRACKETT, Respondent. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Henry S. Clement, Jr., against Edgar T. Brackett. C. I. Taylor, for appellant. W. E. Bennett, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CLIFFORD, Respondent, v. BOLTON, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by John W. Clifford against William C. Bolton. No opinion. Judgment of the Municipal Court affirmed, with costs.

CLINE v. FRAAD et al. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by John Cline against Daniel Fraad and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

CLINE et al., Appellants, v. STEPHENS et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Timothy Cline and others against William M. Stephens and others. No opinion. Orders affirmed, with $10 costs and disbursements in all appeals.

COHEN, Respondent, v. KATZ, Appellant. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Simeon Cohen, an infant, against Rose Katz. E. L. Amdur, for appellant. A. Nelson, for respondent. No opinion. Order affirmed, without costs. Order filed. See, also, 130 N. Y. Supp. 1108.

COHNFELD, Appellant, v. CARREAU et al., Respondents. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Mary A. Cohnfeld against Cyrille Carreau and others. J. P. Berg, for appellant. D. Leventritt, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 130 N. Y. Supp. 1108.

COLE, Respondent, v. CENTRAL NEW ENGLAND RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Mary S. Cole, as administratrix, etc., of Townsend Cole, deceased, against the Central New England Railway Company.

PER CURIAM. Order setting aside verdict and granting new trial reversed, with costs,